# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-00772-WDK(Ex) | Date | May 14, 2010 |
|---|---|---|---|
| Title | Joe Hand Promotions, Inc. v. Sanchez et al | | |

| Present: The Honorable | William D. Keller, United States District Court Judge | |
|---|---|---|
| Patricia Gomez | | |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE.

Within thirty (30) days of this Court's January 13, 2010 Order, the Parties were ordered to comply with this Court's December 8, 2009 Order and file a joint status report. The deadline has elapsed without compliance. Within five (5) days of this order, each Party is to show cause in writing why sanctions should not be issued for a failure to comply with this Court's order.

IT IS SO ORDERED..

                                                                                  _____ : _____
                                                              Initials of Preparer   PG